IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOPHIA LANE and JASON LANE, <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br> Defendant. | Case No.: 3:18-cv-00888 |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate and agree that the above action is dismissed without prejudice, in its entirety, each party to bear its own costs.

Dated: December 3, 2018

Respectfully submitted,

By: /s/ Samuel L. Felker
Samuel L. Felker, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5558
Facsimile: (615) 744-5558
samfelker@bakerdonelson.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

By: /s/ Sarah R. London
Sarah R. London, Esq. (*Pro Hac Vice*)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

By: /s/ Wendy R. Fleishman
Wendy R. Fleishman, Esq. (*Pro Hac Vice*)
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
wfleishman@lchb.com

By: /s/ Kenneth S. Byrd
Kenneth S. Byrd, Esq.
Lieff Cabraser Heimann & Bernstein LLP
222 2nd Avenue South, Suite 1640
Nashville, Tennessee 37201-2379
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
kbyrd@lchb.com

**COUNSEL FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service for this case.

By: /s/ Samuel L. Felker
Samuel L. Felker